Plaintiff's Name: Arma Strong
Inmate No. 08978-510
Address: USP Victorville
PO Box 3900
Adelanto, CA 92301

**FILED**

AUG 29 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

_____
1:24 CV 01447 SKO (PC)
(Name of Plaintiff)   (Case Number)

VS.

F. Sliver, B. Brown
Vel Williams, M. Queen
_____
_____
_____
(Names of all Defendants)

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:**

☐ 42 U.S.C. 1983 (State Prisoner)

☑ Bivens Action [403 U.S. 388 (1971)] (Federal Prisoner)

**RECEIVED**

AUG 29 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**I. Previous Lawsuits** (list all other previous or pending lawsuits on additional page):

A. Have you brought any other lawsuits while a prisoner? Yes____ No ✓

B. If your answer to A is yes, how many? _____

Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

1. Parties to this previous lawsuit:

Plaintiff Arma Strong
Defendants B-Brown, Vel Williams, F. Sliver, McQueen

2. Court (if Federal Court, give name of District; if State Court, give name of County)
US District Court Eastern District of California

3. Docket Number 1:24-cv-01447-SKO   4. Assigned Judge Sheila K. Oberto

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)
Still Pending

6. Filing Date (approx.) 10/16/24    7. Disposition Date (approx.) 11/25/24

## II. Exhaustion of Administrative Remedies

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes ✓    No _____ .

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes ✓    No _____

C. Is the process completed?

Yes ✓    If your answer is yes, briefly explain what happened at each level.

When I was at Atwater I did all grievance from 8-11 and now Im at Victorville USP. I sent everything to the Courts. 8 went to the prison chain of comands and the 9-10 went to reigon + central than one to the courts. All of them I than sent to the courts + to Washington Lawyer's Committee.

No _____    If your answer is no, explain why not.

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name F. Sliver    is employed as Warden
Current Address/Place of Employment Atwater USP, PO Box 019001, Atwater, CA 95301

B. Name **Bill Brown** is employed as **Pisioner**

Current Address/Place of Employment _____

C. Name **Vel Williams** is employed as **Pisioner**

Current Address/Place of Employment _____

D. Name **Mr. Queen** is employed as **AW**

Current Address/Place of Employment **Atwater USP, PO Box 019001, Atwater, CA 95301**

E. Name _____ is employed as _____

Current Address/Place of Employment _____

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1**: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

I was stabbed 9 times and wasnt cared for after being stabbed on 4/28/24 I asked for medical help, I also asked to be seen by phs. I was denied both of my wishs thats when I started my law suit.

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

On 4/28/24 two inmates one name Brown the other by Smith enter my cell tried to rob me for my belongings and stabbed me 9 times I than ran out my cell where there wasnt no CO's in sight at the time they were in an inmate's cell than came out after 5 to 10 mins of us being on the tier. To try and stop them but didnt do a good job on cameras you will see me being attacked by the two inmates. Than I was not treated nor

Seen after I got back to the prison. I was put in the SHU and was tooken from calling my family. My mom, Baby mother's was calling the jail when they was told I had my phone and they never told them what had happened to me. I wrote letters to the courts and my family about my safety. My safety was in the hands of the Acting Warden F. Sliver also Mr. Queen was the AW. They never let me see Med. We was on lock down from 8/24 to 10/24 and I was putting in Sick calls and my blood pressure was so high they never checked on me. Also I was only giving a few pills for pain and I kept letting them know I needed to be seen. Everything that I am saying is on files.

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

I was asking to see medical and phs and have not ever seen anyone while being at Atwater. I sent my cop outs to the Courts as well. Many Sick Calls and notes that were copied.

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

I was stabbed and robbed on 4/28/24 and after that all of my belongs were missing. I also was asking for help and that I see Phs and medical. I told the acting warden F. Sliver these things as well and it all was as if nothing that had to do with me wasn't important. We was on lock down for the mail room guy passing away for 3 months and I never was once seen. I kept saying I needed to see Phs and also Medical and not once was I seen. I had copies of the CopOuts that I signed sent to the courts. Also everything else that I had gotten back since this happened to me. I sent everything to the Courts in South Carliona and they sent them to the

Courts out here with me. Also sending the Courts out here more things that I had. I never got seen by medical nor Phs while being healed at Atwater USP on the yard nor why I was in the SHU. I also followed up since being here at Victorville I talked to Phs twice since being here and also ask for Medical help. I also been here for 8 months now and been asking for ~~esta~~ some kind of coping meds. I have bad dreams and that day is always replaying in my head.

### V. Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statues.

I am wanting to make it home safely to my kids and family. I also would like the amount of money that I asked for from my pain + suffering please + thank you. Please some kind of Relief.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8/13/25      Signature of Plaintiff: [signature]

(Revised 4/4/14)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 3:22-CR-00218-MGL |
| | ) | |
| v. | ) | |
| | ) | |
| ARMA VICTOR STRONG, III | ) | |

## **EXHIBIT C – RIS REQUEST AND DENIAL**

**RESPONSE TO INMATE REQUEST TO STAFF**
**INMATE: Strong, Arma Victor III**
**REG. NO: 08978-510**
**UNIT: 4A (D43-206L)**

This is in response to your Request to Staff dated June 16, 2024, wherein you are requesting to be considered for early release pursuant to the extraordinary or compelling circumstances element codified in 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g). Specifically, your request is based on your belief that you have learned your lesson and that you were physically assaulted with a weapon by two other inmates.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, <u>Compassionate Release/Reduction in Sentence (RIS): Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g)</u>, provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance. The basis of your request does not meet the eligibility requirements as outlined in the program statement, as such you are not eligible to be considered for a compassionate release at this time.

Accordingly, your RIS request is denied.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9).

_____           07/03/24
F. Stiver, Acting Warden            Date

Received 6/17/24

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

**INMATE REQUEST TO STAFF CDFRM**

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
| --- | --- |
| Ms. Sliver / AW | 6/16/24 |
| FROM: | REGISTER NO.: |
| Anna Strong | 08978-510 |
| WORK ASSIGNMENT: | UNIT: |
| Compound 2 | 4A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am writing this CopOut for a compaistant release due to the fact that I have learned my lesson & to return home to my kids and family. I have been down going on a year next month. But I have 2 years completed off 120 month sentence. I been here since 2/28/24 and already got stabbed by two DC guys on 4/28/24 because they tried coming in my room to rob me. I Just want to make it home to my 9 kids and love ones safely. I havent been any troube since I been locked up and I know my direction in which Im headed when Im released. May you please grant my wishes of returning home to my family under the 3582 motion of passicante release Please and Thank you. (Do not write below this line) Ive been programing since Ive been away and I have FSA

DISPOSITION:

Signature Staff Member          Date

Record Copy - File; Copy - Inmate
PDF                Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

## Doctors Medical Center Of Modesto
1441 Florida Avenue
Modesto, CA 95350-4404

| | | | |
|---|---|---|---|
| Patient: | STRONG, ARMA | Attending Provider: | AMAN MD,MUAZZUM |
| MRN #: | 1275050 | Admission Date: | 4/28/2024 |
| Account #: | 901143960 | Discharge Date: | 4/28/2024 |
| DOB/Age/Sex: | 3/7/1990 / 34 years / Male | Lab Medical Director(s): | Dr. Curtis Strong |

*Emergency/Urgent Care*

CXR 1 View Stat, 04/28/2024 20:51:00 PDT, Chest Trauma, Once Scheduled, 04/28/2024 20:51:00 PDT, Transport Mode: Stretcher, Fall Risk Yes, TRAUMA Alert Level I, No

US Misc Diagnostic Procedure Stat, 04/28/2024 20:51:00 PDT, Other - Populate Reason For Exam (Freetext), FAST Scan - TRAUMA patient link only. Radiology staff to mark as reported. Do NOT route to Radiologist for interpretation. Do NOT charge., 04/28/2024 20:51:00 PDT, Transport M...

| Order Name | Order Details |
|---|---|
| Discharge Patient | Discharge To: Home |
| | Discharge Diet: Resume Home Diet |
| | Discharge Activity: Resume Home Activity |

## PATIENT EDUCATION INFORMATION

**Instructions:**

Puncture Wound, Easy-to-Read; Laceration Care, Adult, Easy-to-Read

MED LEAFLET INFORMATION

Instructions:

## FOLLOW-UP WITH

| With: | Address: | When: |
|---|---|---|
| Jail health provider | | Within 3-5 days |

**Comments:**
Continuance of Care

## IMMUNIZATIONS

---

**Doctors Medical Center Of Modesto**
1441 Florida Avenue
Modesto, CA 95350-4404

| | | | | |
|---|---|---|---|---|
| Patient: | STRONG, ARMA | | Attending Provider: | AMAN MD,MUAZZUM |
| MRN #: | 1275050 | | Admission Date: | 4/28/2024 |
| Account #: | 901143960 | | Discharge Date: | 4/28/2024 |
| DOB/Age/Sex: | 3/7/1990 / 34 years / Male | | Lab Medical Director(s): | Dr. Curtis Strong |

## Emergency/Urgent Care

**Comprehensive Metabolic Panel** Blood, Stat collect, Collection Date 04/28/2024 20:51:00 PDT, Nurse Collect

**Ethanol Level** Blood, Stat collect, Collection Date 04/28/2024 20:51:00 PDT, Nurse Collect

**Ethanol Qual Urine** Urine, Routine collect, Nurse Collect, Collection Date 04/28/2024 20:51:00 PDT

**Fentanyl Screen Urine** Urine, Stat collect, Nurse Collect, Collection Date 04/28/2024 20:51:00 PDT

**Fentanyl Screen Urine** Urine, Stat collect, Nurse Collect, Collection Date 04/28/2024 20:51:00 PDT

**HCG Qual Urine** Urine, Stat collect, Nurse Collect, Collection Date 04/28/2024 20:51:00 PDT

**Methadone Screen Ur** Urine, Routine collect, Nurse Collect, Collection Date 04/28/2024 20:51:00 PDT

**Opiate Screen Urine** Urine, Routine collect, Nurse Collect, Collection Date 04/28/2024 20:51:00 PDT

**Partial Thromboplastin Time** Blood, ST collect, Collection Date 04/28/2024 21:28:00 PDT, by FEDERICO.GEMPESAW, Lab Collect, Venous Draw, CLOTTED REDRAW

**PCP Screen Urine** Urine, Routine collect, Nurse Collect, Collection Date 04/28/2024 20:51:00 PDT

**Plasma Blood Product** Blood, Collected, Lab Collect, Stat Priority, Collection Date 04/28/2024 20:51:00 PDT, 2 Units, Date of Expected Use STAT-TRAUMA, 0 mL, TRAUMA ALERT LEVEL 1, 0 mL

**Point of Care Results** Specimen Type: Blood, Collected, Collection date and time 04/28/2024 21:08:13 PDT, Collection Priority: ST, Reporting Priority: ST - Stat, 04/28/2024 21:08:13 US/Pacific

**Prothrombin Time** Blood, ST collect, Collection Date 04/28/2024 21:28:00 PDT, by FEDERICO.GEMPESAW, Lab Collect, Venous Draw, CLOTTED REDRAW

**Red Blood Cell Product** Blood, Collected, Lab Collect, Stat Priority, Collection Date 04/28/2024 20:51:00 PDT, Date of Expected Use STAT-TRAUMA, 2 Units, CMV Negative No, Leukoreduced Yes, TRAUMA ALERT LEVEL 1

**Urinalysis with Culture if Indicated** Urine, Stat collect, Nurse Collect, Collection Date 04/28/2024 20:51:00 PDT

**CT Abdomen And Pelvis W/ Contrast** Stat, 04/28/2024 20:51:00 PDT, Other - Populate Reason For Exam (Freetext), Trauma, 04/28/2024 20:51:00 PDT, Transport Mode: Stretcher, Fall Risk Yes, No

**CT Chest W/ Contrast** Stat, 04/28/2024 20:51:00 PDT, Trauma-Acute Chest Injury/Pain, 04/28/2024 20:51:00 PDT, Transport Mode: Stretcher, Fall Risk Yes, No

**CT Spine Lumbar W/O Contrast** Stat, 04/28/2024 20:51:00 PDT, Other - Populate Reason For Exam (Freetext), Dizziness-Vertigo, 04/28/2024 20:51:00 PDT, Transport Mode: Stretcher, Fall Risk Yes, No

**CT Spine Thoracic W/O Contrast** Stat, 04/28/2024 20:51:00 PDT, Other - Populate Reason For Exam (Freetext), Trauma, 04/28/2024 20:51:00 PDT, Transport Mode: Stretcher, Fall Risk Yes, No

# U.S. Department of Justice
## Central Office Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: _____  _____  _____  _____
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT   INSTITUTION

**Part A - REASON FOR APPEAL** Why rc is first I, it I my safety wasn't well protected. I got rolled 7 times leaving unit SA on 4/26/24 at 7:14 p.m. in my shoulder, in my back, in my chest area. Also my family wasn't informed of anything happening to on. I told CO's that I feared for my safety while at OKC EVP and I was told by a Officer at OKC to send copouts on computer I would keep following up the file so that if anything was to happen to me. I also told a guy when I first got there to at visitor in R+D

_6/24/24_                                    _[signature]_
DATE                                         SIGNATURE OF REQUESTER

**Part B - RESPONSE**









_____                              _____
DATE                                         GENERAL COUNSEL

SECOND COPY: REGIONAL FILE COPY              CASE NUMBER: _____

**Part C - RECEIPT**                         CASE NUMBER: _____

Return to: _____  _____  _____  _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.  UNIT  INSTITUTION

SUBJECT:_____

_____                              _____
DATE                                         SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN                                                              BP-231(13)
                                                                     JUNE 2002

Arma Strong
    Plaintiff

v.

United States of America
F. Sliver, M. Queen, Ms. Becerra

Plaintiff Arma Strong is appearing pro se and in forma pauperis in this civil rights action.

**1. First Amended Complaint**

On April 28, 2024 I was in my cell when I was approched by two other inmates. Where than they tried to rob me for my belongings, I was than stabbed 9 times by the 2 inmates. I than ran out of the cell onto the rock/tier where there were two CO's at the time in another inmate's cell for whatever reason's. Thats when it was like 10 mins before either of them came out of the cell that they were in to say stop but no reaction of stopping went on at they say so. Thats when the officers off the compound came in the unit to stop the actions of the two inmates stabbing me. I was than taken to the ER by the EMS team. After being stabbed multiple times, I was cleaned and patched up by the hospital than sent back to the prison Atwater USP. I was than taken away and being that they put me in the SHU. Where they house trobule makers or people with write-ups. I never got no write-ups for this atterction, But was taken from using the phone to call my family to let them know what happened to me. They wouldnt give me no paper or pen to write my family. I couldnt call nobody I was just stabbed 9 times but was

put in the unit 1B where they also hold troubule makers in a cell by myself. I couldnt move I could bearly use the restroom, but I was in this cell for almost a week alone. No Medical Came to see me a few days later an LT Came a did some recording of my body. I ask to see phs no one came I asked for meds I didnt get any pain pills. Than I was moved to the actual SHU a few days later and I stayed there 2 months then sent back to the yard that I just got stabbed on and put in another unit 4A. I had problems with CO's and other inmates after all of this. I than was put back on lock down why on the yard, the mailroom guy died from something being on the mail so we was on lock down for 3 more months. I couldnt get the BP's out in time they than start giving me legal mail late. Some I only had 30 days others 21 days to reply. But I got all the BP's done by good grace somehow. The Case Mananger wouldnt give me any so I knew a inmate that was cool with me and he had some extra ones so thats how I got those done. Medical came to see my cellie at the time and I told them my problems and also that I was having problems with my sight at the time. They took my blood pressure and told me that it was too high. Everything that I'm saying is true and I sent the Med CopOuts with other notes I had to the Courts.

As when I was in the Unit 5A at Atwater USP, The CMC lady checked to see why I was locked up and they had me as an S/O meaning Sex offender. Cause when I was in the state locked up I got out on bond. A female that I use to talk to lied and said that I raped her but the charges was dropped to a lesser charge. So I got senteced ~~due~~ to me ~~Violation of~~ probation and I had to do 2 years. So I was told by other inmates that the CO put hits on inmates that have s/o on they background, Not only that my religion is (Muslim/Islam) they also hate muslims they say that we were terriost to the US etc. So not for only those reasons but by me asking to talk to phs, they lied to the inmates about all type of things. They than put a hit out on me to be stabbed, One day I had a disagreement with one of the CO's they told me that they were going to have something done to me. I than was denialed Medical Care + Mental health care under the 8th Amendment. As Freedom from Cruel & unusual punishment under the 8th Amendment. I was put in the SHU they took my phone, tablet, pictures all of my other belongings came up missing. No rec I was locked behind a door for 24 hours out the day for 2 months for being stabbed. They denied me access to courts by playing with my mail giving it to me late or not at all. They also shipped me with in 40 something days and kept me in the same region to monitor, + destroy also delay my mail, and access to courts process. I wasnt able to get no pen in the SHU to do my legal work or respond back to the Courts. So I had to get one from another inmate but they say we cant have pens in the SHU for case's like mines to not be able to do law work. When I was sent back to the yard the CMC lady at that time told other inmates that I was sue'ing the guys that stabbed me and getting them locked up and had other inmates to try and get me again. I done a tort claim over a year ago now

but somehow they never sent it out or whatever the case maybe. They sent my mail out late or didnt send it at all. They destroied a lot of my legal mail that I sent out on them. Ive been here at Victorville for 8 months now and still getting mail from the courts from last year sent to me this year. The fact that I have a case going on they finding all things to do to me. Mr. Brown and also Mr. Williams are inmates, they are the ones that was sent to stabb me and try to kill me, By the CMC lady Ms. Becerra, the one that hates inmates that dont do things that she wants done to other inmates also hate people that has s/o on they background. I've witness her giving other inmates other inmates paper work to have things done to them. I was new at the time that I saw her come into a inmates room and told him and the others that was in his car, as they call it in the feds and told them that she wasn't going to deal with them anymore cause they didnt do as she said and got the other guy hit off the yard. So that was the samething that she had done to me. I watched her enter my unit 5B and went to the one group of guys and hand them some papers. A few days later that happened to me by the same group of guys that she had gave the papers to. I was than told by some inmates that she put that hit out on me to be stabbed or either killed. SHe than came to the SHU one day and stopped at my door to see if I had any idea to what happened. It was many others back in the SHU because of the same person the CMC lady Ms. Becerra.

Relief Requested: I'm entitled to relief pursuant to Supreme Court Precedent In light of. The case law Farmer v. Brennan 511 U.S. 825, 128 L.E.d.2d 811, 114 s.ct. 1970 (1994) Despite the fact that the prisoner voiced no objection to her designation, she claimed that the prison officials knew that she would be in serious physical danger if she were transferred to the penitentiary, which had a history of inmates assaults. As to me I was transferred to atwater and due to a old charge they knew I would be in danger of my safety, also due to the fact the CMC lady told other inmates my case. An Eight Amendment claimant need not show that a prison offical acted or failed to act believing that harm actually would befall an inmate; it is enough that the official acted or failed to act despite his knowledge of a substantial risk of serious harm. "whether a prison official had the requisite knowledge of a substantial risk is a question of fact subject to demonstration in the usual ways, including inference from circumstantial evidence... and a factfinder may conclude that a prison official knew of a substantial risk from the very fact that the risk was obvious. She knowingly knew that what she did would of gotten me seriously hurt or killed, as to why she did what she did when she told the inmates about my old case.